# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ODESSA SILLS,

Plaintiff,

v.

FIRST STUDENT, INC., KRISTY
BACCILE, WILLIAM KRAUS, and
HEATHER JUSTHAM,

Defendants.

Case No. 25-CV-785-JPS

**ORDER**

On July 1, 2026, the Court ordered Plaintiff Odessa Sills ("Plaintiff") to elect a method of serving her amended complaint on Defendants Kristy Baccile ("Baccile"), William Kraus ("Kraus"), and Heather Justham ("Justham"). ECF No. 12. Plaintiff responded, requesting service by the U.S. Marshal's Service, ECF No. 20, which the Court construes as a motion to effectuate service under Federal Rule of Civil Procedure 4(c)(3). The Court will exercise its discretion afforded thereunder and grant Plaintiff's request.

Also pending is Plaintiff's motion for Defendant First Student, Inc.'s ("First Student") counsel to "provide formal acknowledgment of receipt of the summons and complaint served upon" First Student. ECF No. 14. Plaintiff attaches to the motion email correspondence between herself and First Student's counsel, where counsel asserts that Plaintiff did not properly serve First Student. Relatedly, First Student has now filed an executive summary regarding an anticipated motion to dismiss for lack of personal jurisdiction, based on its belief that Plaintiff has not properly served First

Student. ECF No. 17. The Court will deny Plaintiff's motion to "affirm receipt of summons and complaint." ECF No. 14 (capitalization altered).

In light of the procedural posture of the case, the Court will provide Plaintiff with **ten (10) days** within which to request U.S. Marshal's service on First Student. FED. R. CIV. P. 4(c)(3).[1] Congress requires the U.S. Marshals Service to charge a fee for making or attempting such service. 28 U.S.C. § 1921(a). The current fee for service by mail is $8.00 per item mailed; for process served personally by the U.S. Marshals Service, the fee is $65.00 per hour. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2), (a)(3). Congress has not made any provision for these fees to be waived either by the Court or by the U.S. Marshals Service.

If Plaintiff elects to request U.S. Marshal's service, she must request such service on or before **August 3, 2026**. Plaintiff may instead choose to stand by her assertion that she has properly served First Student. *See* ECF No. 11. If Plaintiff chooses not to request U.S. Marshal's service on First Student, the Court will permit First Student to file its anticipated motion to dismiss and accompanying documents in accordance with the procedures set forth in the Court's Comprehensive Protocols and Procedures Order, ECF No. 13, on or before **August 19, 2026**.

---

[1]Federal Rule of Civil Procedure 4(c)(3) provides that the Court must order service by the U.S. Marshals Service if a plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 and if the plaintiff requests such service. *See Williams v. Werlinger*, 795 F.3d 759, 760 (7th Cir. 2015) (citing Fed. R. Civ. P. 4(c)(3)). Here, because she paid the full filing fee, Plaintiff is not authorized to proceed in forma pauperis under 28 U.S.C. § 1915. Feb. 20, 2026 docket entry. The Court may nevertheless order service by the U.S. Marshals if Plaintiff so requests. *See Koger v. Bryan*, 523 F.3d 789, 803 (7th Cir. 2008) (noting that district courts retain the discretion to order service by the U.S. Marshals Service even "when the plaintiff pays the filing fee" (citing FED. R. CIV. P. 4 advisory committee's note (1993))).

Accordingly,

**IT IS ORDERED** that Plaintiff Odessa Sills' motion to affirm receipt of summons and complaint, ECF No. 14, be and the same is hereby **DENIED**;

**IT IS FURTHER ORDERED** that on or before **August 3, 2026**, Plaintiff Odessa Sills may request service by the U.S. Marshals Service on Defendant First Student, Inc.; if Plaintiff elects not to request such service, Defendant First Student, Inc. may, on or before **August 19, 2026**, file its anticipated motion to dismiss for lack of personal jurisdiction;

**IT IS FURTHER ORDERED** that Plaintiff's motion for service on Defendants Kristy Baccile, William Kraus, and Heather Justham, ECF No. 20, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the U.S. Marshals Service shall serve a copy of the amended complaint, ECF No. 7, and the Court's most recent screening order, ECF No. 12, upon Defendants Kristy Baccile, William Kraus, and Heather Justham, pursuant to Federal Rule of Civil Procedure 4. Plaintiff is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). Although Congress permits the Court to order service by the U.S. Marshals Service, it has not made any provision for these fees to be waived either by the Court or by the U.S. Marshals Service. The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2), (a)(3). The U.S. Marshals Service will give Plaintiff information on how to remit payment. The Court is not involved in collection of the fee; and

**IT IS FURTHER ORDERED** that Defendants Kristy Baccile, William Kraus, and Heather Justham shall file a responsive pleading to the amended complaint.

Dated at Milwaukee, Wisconsin, this 21st day of July, 2026.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge

Case 2:25-cv-00785-JPS    Filed 07/21/26    Page 4 of 4    Document 21