UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ODESSA SILLS,**

**Plaintiff,**

**v.** **Case No. 25-CV-785**

**FIRST STUDENT INC,**
**KRISTY BACCILE,**
**WILLIAM KRAUS, and**
**HEATHER JUSTHAM,**

**Defendants.**

---

# ORDER

---

Plaintiff Odessa Sills, proceeding without counsel (pro se), initiated this action on May 30, 2025. (ECF No. 1.) The court screened Sills's complaint in accordance with 28 U.S.C. § 1915 and ordered her to file an amended complaint. (ECF No. 4.) Sills then filed an amended complaint pleading Title VII claims against all four defendants. (ECF No. 7.) Currently pending are two motions to dismiss (ECF Nos. 42, 45), and the court anticipates another motion to dismiss will be filed soon (*See* ECF No. 57). Sills requested permission to file documents electronically through the court's electronic filing system. (ECF No. 41.)

Local Rule 5(a)(2) exempts pro se parties from electronic filing requirements. In this district, pro se parties cannot file electronically without court authorization. *See* U.S. Dist. Court E. Dist. Wis., *Electronic Case Filing Policies and Procedures Manual*, Section I(A)(1) (2025), *available at* https://www.wied.uscourts.gov/e-filing/ecf-policies-and-procedures#In%20General. This policy exists to relieve the clerk of court from correcting pro se filings. *Ray v. Wis. Dep't of Workforce Dev. et al.*, 26-CV-32 (E.D. Wis. Mar. 17, 2026). A pro se party must establish extraordinary circumstances to be able to file electronically. *Hobbs v. Mills*, No. 22-CV-467, 2022 WL 1692062 at *1, 2022 U.S. Dist. LEXIS 94529 at *3 (E.D. Wis. May 26, 2022).

Sills has not established extraordinary circumstances here. She wrote only that she would like to file electronically but gave no reasons why. (ECF No. 41.) Convenience is not an extraordinary circumstance. Neither is a concern about U.S. Postal Service delivery. *Hobbs*, 2022 WL 1692062 at *2, 2022 U.S. Dist. LEXIS 94529 at *3–4.

If Sills believes extraordinary circumstances prevent her from being able to file via mail, she may file a new motion detailing such circumstances.

**IT IS HEREBY ORDERED** that Sills's motion for e-file privileges (ECF No. 41) is **DENIED** without prejudice.

Dated at Milwaukee, Wisconsin this 29th day of October, 2026.

WILLIAM E. DUFFIN
U.S. Magistrate Judge